THE STATE EX REL. MT. CARMEL, APPELLANT,
*v.* PERSICHETTI ET AL., APPELLEES.

[Cite as *State ex rel. Mt. Carmel v. Persichetti,*
98 Ohio St.3d 392, 2003-Ohio-1492.]

(No. 2002–1340—Submitted February 25, 2003—Decided April 9, 2003.)

{¶ 1}   The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

---

Porter, Wright, Morris & Arthur, L.L.P., and Karl J. Sutter, for appellant.

Philip J. Fulton Law Office and David B. Barnhart, for appellee Prudenza Persichetti.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee Industrial Commission of Ohio.